# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Julian Nettles Bey, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Cars Collision Center, LLC, et al. )<br>)<br>Defendants. ) | Case No. 11-cv-08022<br><br>Honorable Joan B. Gottschall |

## AFFIDAVIT OF LARRY JASKOWIAK

The undersigned, Larry Jaskowiak, being first duly sworn on oath, deposes and states as follows:

1. My name is Larry Jaskowiak and I testify to the following facts based strictly on my personal knowledge.

2. Cars Collision Center, L.L.C. ("Cars") is an Illinois limited liability company.

3. I have been an employee of Cars for more than ten (10) years. Currently, I am the Vice-President of Operations for Cars.

4. Cars did not tow the "1997 Dodge Caravan" ("Caravan") referenced in paragraph 17 of Plaintiff's Complaint filed on or about November 10, 2011.

5. Plaintiff has alleged that Cars towed the above-referenced Caravan on or about August 22, 2010 but Cars has not performed any towing services for the Village of South Holland in the last four (4) years, i.e., from January 1, 2008 through today, January 5, 2012.

_____
LARRY JASKOWIAK

SUBSCRIBED AND SWORN to before me
this 5th day of January, 2012.

_____
Notary Public

OFFICIAL SEAL
BARBARA G. METRIK
Notary Public - State of Illinois
My Commission Expires Sep 02, 2013

{00109851.DOC /v. 1}