# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 8022 | **DATE** | 3/21/2012 |
| **CASE TITLE** | Julian Nettles Bey vs. Cars Collision Center, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for leave to file amended complaint entered and continued to 4/17/2012 at 9:30 a.m. Defendants' motions to dismiss [24], [26], [29] denied as moot. Oral motion of Brandon Lemley to withdraw as counsel for defendants is granted. Oral motion of Dominick Lanzito for leave to file his appearance on behalf of defendants is granted. Plaintiff's oral motion to reinstate motion for appointment of counsel [5] is granted and taken under advisement.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | MD |
|---|---|---|