# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Julian Nettles Bey

                    Plaintiff,

v.                                     Case No.: 1:11–cv–08022
                                               Honorable Joan B. Gottschall

Cars Collision Center, LLC., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 17, 2012:

      MINUTE entry before Honorable Joan B. Gottschall:Status hearing held on 4/17/2012, Plaintiff is given leave to file an amended complaint by 5/8/2012. Defendants to answer or otherwise plead on or before 5/29/2012. Status hearing set for 7/10/2012 at 09:30 AM.Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.