## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JULIAN T. NETTLES-BEY,<br><br>               Plaintiff,<br><br>       v.<br><br>CARS COLLISION CENTER, LLC, et al.<br><br>               Defendants, | No. 11 CV 8022<br><br>Judge Gottschall |

### NOTICE OF FILING

TO: **All Counsel of Record**

    PLEASE TAKE NOTICE that on the 14th day of March, 2013, we shall file electronically with Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT.

                                  Respectfully submitted,
                                  Village of South Holland, Officer B. Burkes, and
                                  Officer P. Williams,

                                  By:    /s/Dominick L. Lanzito

Paul O'Grady
Dominick L. Lanzito
Peterson, Johnson & Murray - Chicago LLC
233 S. Wacker Drive – Floor 84
Chicago, Illinois 60606
(312) 782-7150
dlanzito@pjmlaw.com

### PROOF OF SERVICE

    I, Dominick L. Lanzito, after first being duly sworn on oath, depose and state that I served this Notice of Filing together with the document herein referred to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on March 14, 2013.

                                                                      /s/Dominick L. Lanzito

[X]    Under penalties as provided by law pursuant to Ill. Rev. Stat., ch. 110, Sect. 1-109, I certify that the statements set forth herein are true and correct.